```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

WANDA Y. DOCKENS,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN
OF GEORGIA, ET AL.,

    Defendants.

CIVIL ACTION
NO. 1:08-CV-3108-CAP

**O R D E R**

This matter is now before the court in regard to the magistrate's final report and recommendation ("R&R") addressing the plaintiff's application to proceed in forma pauperis and the magistrate's frivolity review [Doc. No. 3]. No party has filed an objection to the R&R. After a thorough and careful review of the record of the case and the R&R, the court receives the R&R with approval and **ADOPTS** it in full. Accordingly, the court **DISMISSES** this case without prejudice. The clerk is directed to close this file.

SO ORDERED, this 30th day of October, 2008.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge